IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNA PARABAK and STEPHEN PARABAK h/w, | : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | NO.   12-2525 |
| LOWE'S HOME CENTERS, INC., | : : | |
| Defendant. | : | |

**ORDER**

**AND NOW** this *27th* day of *June*, 2012, upon consideration of Plaintiffs Anna and Stephen Parabak's Motion to Remand to State Court (Docket No. 5) and Defendant Lowe's Home Centers, Inc. (Docket No. 6), it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.